UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| In re: | ) | Bankr. No. 23-40004 |
| **Nolan Kaleb Wagner** | ) | Chapter **7** |
| | ) | |
| Soc. Sec. No. **xxx-xx-0753** | ) | |
| | ) | |
| | ) | DISCLOSURE OF COMPENSATION |
| | ) | |
| Debtor. | ) | |

1. <u>Received or Promised</u>. Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P. 2016(b), and Bankr. D.S.D. R. 2016-1(a), I declare that within one year of the filing of the petition in this case I have been paid or will be paid the following fees by Debtor for services rendered or to be rendered in contemplation of or in connection with this case:

| | | | |
|---|---|---|---|
| (a) Compensation for legal services (flat fee) | | $ | 1,375.00 |
| (b) Costs (estimate including filing fee; excluding sales tax) | + | | 383.00 |
| (c) Sales tax on compensation | + | $ | 89.38 |
| (d) Total: | = | $ | 1,847.38 |
| (e) I have received: | - | $ | 1,847.38 |
| (f) I am still owed : | = | $ | 0.00 |

2. <u>Services to be Rendered</u>. In return for the compensation set forth above, I have rendered or will render the following legal services:

. analyzing Debtor's financial situation and rendering advice to Debtor in determining whether to file a petition in bankruptcy and, if so, under what chapter;

. preparing and filing Debtor's petition, schedules, and statements;

. representing Debtor at the meeting of creditors;

I have made a flat fee agreement with Debtor. The total fees I will be paid in this case will not exceed $**1,847.38**, which comprises $**1,375.00** for compensation for services, $**89.38** for sales tax, and $**383.00** for reimbursement for expenses, including the filing fee.

3. <u>Services Not to be Rendered</u>. Debtor and I have agreed the above-disclosed fee does not include the following services:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding and representation and advisement on reaffirmation agreements.**

4. <u>Supplemental Disclosure</u>. I will file a supplemental disclosure of compensation if this agreement changes or if I actually receive additional fees for other services or costs in this case that have not been disclosed.

5. <u>Fee Sharing</u>. I have not shared or agreed to share my fees with anyone who is not a member or an associate of my law firm.

6. <u>Unpaid Fees</u>. If the fees for my pre-petition services, sales tax, and expenses (including filing fee) have not been paid in full pre-petition (see paragraph 1 above), I understand and have advised Debtor that while Debtor may voluntarily pay any amount I am still owed, that amount will be discharged, and I will not be able to take any action to collect any portion of it, unless and until Debtor and I enter into a reaffirmation agreement and the Court approves the reaffirmation

In re   **Nolan Kaleb Wagner**                                    Case No. _____

                         Debtor(s)

## DISCLOSURE OF COMPENSATION
(Continuation Sheet)

agreement following a hearing that Debtor must attend.

Dated:   **January 12, 2023**              **/s/ Eric J. Ronke**
                                           **Eric J. Ronke**
                                           **Ronke Law, PLLC**
                                           **3130 W 57th Street, Suite 111**
                                           **Sioux Falls, SD 57108**
                                           tele:  **(605) 370-5088**
                                           e-mail: **eric@ronkelaw.com**